UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERON HUNTER,

     Plaintiff,

                                   Case No. 1:24-cv-415

v.

                                   Hon. Hala Y. Jarbou

MARIO CUNNINGHAM, et al.,

     Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 24, 2025, Magistrate Judge Sally J. Berens issued a report and recommendation (R&R, ECF No. 20) recommending that Defendants' motion for summary judgment (ECF No. 18) be granted and that the case be dismissed with prejudice. The magistrate judge found that the complaint was barred by the statute of limitations, which ran four days before Plaintiff filed his complaint, and that Plaintiff's failure to oppose summary judgment meant his claims fail on the merits. The R&R was duly served on the parties, and no objections were filed within the fourteen-day window for doing so. Fed. R. Civ. P. 72(b)(2). The Court is satisfied that the magistrate judge correctly analyzed the issues and that her recommendation is sound.

Accordingly, **IT IS ORDERED** that the R&R (ECF No. 20) is **APPROVED** and **ADOPTED** as the opinion of the Court. **IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 18) is **GRANTED**.

A judgment consistent with this Order will issue.


Dated: March 25, 2025               /s/ Hala Y. Jarbou
                                  HALA Y. JARBOU
                                  CHIEF UNITED STATES DISTRICT JUDGE